

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2024

No. 04-24-00631-CV

**IN RE EGT HOLDINGS, LLC**[1] d/b/a Stephens Roofing & Remodeling and Thomas Patrick Suitt

Original Proceeding[2]

## ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
Rebecca Simmons, Justice[3]

The petition for writ of mandamus is DISMISSED as moot. The stay imposed on September 25, 2024 is lifted.

It is so **ORDERED** on November 13, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] The style of relators' mandamus petition reads, in pertinent part, "EFT Holdings, LLC." We note the relevant portion of the style of this case in the trial court reads "EGT Holdings, LLC" and relators' subsequent filings in this court read "EGT Holdings, LLC." Accordingly, we modify the style of this case to include the correct name—EGT Holdings, LLC.

[2] This proceeding arises out of Cause No. 2022-CI-23750, styled *Christopher Blaha and Angela Diaz v. EGT Holdings, LLC d/b/a Stephens Roofing & Remodeling and Thomas Patrick Suitt*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.

[3] Sitting by assignment pursuant to section 74.003(b) of the Texas Government Code. *See* TEX. GOV'T CODE § 74.003(b).